**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                                                 **DATE:** 5/22/24
**JUDGE:** MICHAEL E. FARBIARZ
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**

**DOCKET #** 24-346

UNITED STATES OF AMERICA
            vs.
Keaton Langston

**APPEARANCES:**

Matthew Specht, AUSA
Pat Phelan, Esq. for Defendant
Lanny Breuer, Esq. for Defendant
Brian Nauer, Pretrial Officer
Defendant present

**Nature of Proceedings**:     WAIVER OF INDICTMENT & PLEA

Defendant sworn.
Initial appearance.
Notice of Attorney appearance filed.
Waiver of indictment filed.
INFORMATION filed.
PLEA:  GUILTY TO Count One of the information.
Terms of plea agreement read into the record.
Ordered plea agreement approved.
Ordered plea accepted.
Plea agreement to be entered.
Rule 11 filed.
Ordered sentencing set for 10/1/2024 at 11:00.
Bail set at $100,000 unsecured bond.

**Time Commenced:  10:00**
**Time Adjourned: 11:00**
**Total Time: 1:00**

                                                                RoseMarie Olivieri
                                                                SENIOR COURTROOM DEPUTY