UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

Keaton Langston

CRIMINAL NO. 24-cr-346 (MEF)

**APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for ____Keaton Langston____
Name of Defendant

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

New York (2018); District of Columbia (2018); United States Court of Appeals for the Tenth Circuit (2018); United States Court of Appeals for the Sixth Circuit (2019)
Court(s)                                              Year(s) of Admission

Date: 5/22/2024

_____
Signature of Attorney

Alyson Sandler
Print Name

850 Tenth Street NW
Address

Washington, DC 20001
City State Zip Code

202-662-5158    202-662-6291
Phone Number  Fax Number

asandler@cov.com

DNJ-CR-013 (03/2010)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.   CRIMINAL NO. _____

Keaton Langston   **APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for ____Keaton Langston____
Name of Defendant

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

New York (1986); District of Columbia (1988); United States District Court for the District of Columbia, United States Court of Appeals for the District of Columbia Circuit, United States Court of Appeals for the Tenth Circuit, United States District Court for the District of Maryland, United States District Court for the Eastern District of New York, and United States District Court for the Southern District of New York

Court(s)   Year(s) of Admission

Date: 5/22/2024

Signature of Attorney

Lanny Breuer
Print Name

850 Tenth Street NW
Address

Washington, DC 20001
City State Zip Code

202-662-5674   202-662-6291
Phone Number  Fax Number

LBreuer@cov.com

DNJ-CR-013 (03/2010)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

CRIMINAL NO. _____

Keaton Langston

**APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for   Keaton Langston
                                                  Name of Defendant

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

Maryland (2009); District of Columbia (2010); United States District Court for the District of Maryland (2010)

Court(s)                                          Year(s) of Admission

Date:   5/22/2024

*[signature]*
Signature of Attorney

Patrick Phelan
Print Name

850 Tenth Street NW
Address

Washington, DC 20001
City State Zip Code

202-662-5107      202-662-6291
Phone Number   Fax Number

pphelan@cov.com

DNJ-CR-013 (03/2010)