PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Keaton Langston**  Docket No. **24-CR-346-1**

### Petition for Action on Conditions of Pretrial Release

COMES NOW SOPHIA GRIGOLO PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Keaton Langston** who was placed under pretrial release supervision by the **HONORABLE MICHAEL E. FARBIARZ, U.S. DISTRICT JUDGE** sitting in the Court at **50 Walnut St, Newark, NJ**, on **May 22, 2024**, under a $100,000 unsecured appearance bond with the following conditions:

1. **Pretrial Services Supervision.**
2. **Surrender all passports/travel documents. Do not apply for new travel documents.**
3. **Travel restricted to New Jersey for court appearances; and, Mississippi & Tennessee, unless otherwise approved by Pretrial Services.**
4. **Maintain/actively seek employment as approved by Pretrial Services.**
5. **Substance abuse testing and/or treatment as directed by Pretrial Services.**
6. **Mental health testing and/or treatment as directed by Pretrial Services.**
7. **Surrender/do not possess any firearms. All firearms in any home in which the defendant resides shall be removed, in compliance with Mississippi state law, by 5pm on 05/23/2024 and verification provided to Pretrial Services. The defendant shall also surrender all firearm purchaser's identification cards and permits to Pretrial Services.**

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **an emergent violation hearing.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this __28__ day of __August__, __2024__ and ordered filed and made a part of the records in the above case. | Executed on _____August 28, 2024_____ |
| _____ JOSE R. ALMONTE U.S. Magistrate Judge | _____ SOPHIA GRIGOLO U.S. Pretrial Services Officer |