# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>KEATON LANGSTON<br>*Defendant* | MAGISTRATE JUDGE: ANDRÉ M. ESPINOSA<br>CASE NO. 2:24cr346(MEF)<br>DATE OF PROCEEDINGS: 9/4/2024<br>DATE OF ARREST: |

**PROCEEDINGS:** BAIL REVIEW

- [ ] COMPLAINT
- [ ] ADVISED OF RIGHTS
- [ ] WAIVER OF COUNSEL
- [ ] APPT. OF COUNSEL: [ ] AFPD  [ ] CJA
- [ ] WAIVER OF HRG: [ ] PRELIM  [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY  [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [ ] OTHER: _____

- [ ] TEMPORARY COMMITMENT
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET: _____
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED _____
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

1) ORDERED TO PARTICIPATE IN INPATIENT DRUG TREATMENT AS DIRECTED BY PTS. ALL OTHER CONDITIONS REMAIN IN EFFECT.

**HEARING SET FOR:**
- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [ ] OTHER: _____

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

**APPEARANCES:**

AUSA: Matthew Spect

DEFT. COUNSEL: Patrick Phelan & ALLISON SANDLER

PROBATION: _____

INTERPRETER _____
Language: _____

TIME COMMENCED: 10:57 AM
TIME TERMINATED: _____
CD NO: ECR

Scott P. Creegan, Deputy Clerk